

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00359-CV

---

Ranches at Hamilton Pool Homeowners Association, Inc., Appellant

v.

Red Eagle RH, LP, Appellee

---

On Appeal from the 459th District Court
Travis County, Texas
Trial Court No. D-1-GN-23-007680

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, and that this decision be certified below for observance.

IT IS SO ORDERED this 18th day of September 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.